BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00150 AWI-DLB |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE INITIAL APPEARANCE; and ORDER THEREON |
| PHILLIP JACOB SHINEN, | Date: July 9, 2012 |
| Defendant. | Time: 1:00 p.m. Dept: Hon. Dennis L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the initial appearance in this District for defendant PHILLIP JACOB SHINEN, in the above-referenced action now scheduled for on or before June 14, 2012 is continued to **July 9, 2012, at 1:00 p.m. before U.S. Magistrate Judge Dennis L. Beck.**

The continuance of the initial appearance is being requested by the parties so that the parties can commence negotiations, the defense can review discovery to facilitate those negotiations, to address interim scheduling conflicts of defense counsel, and to

**Stipulation to Continue Initial Appearance;**
**[Proposed] Order Thereon**

afford the defendant time to arrange for travel from his home in Southern California.

The parties agree that the time between the date of this stipulation and the new status conference date on July 9, 2012 shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated: May 31, 2012          /s/Victor Sherman
                             VICTOR SHERMAN
                             Attorney for Defendant
                             PHILLIP JACOB SHINEN

Dated: May 31, 2012          BENJAMIN B. WAGNER
                             United States Attorney

                         By: /s/Henry Z. Carbajal III
                             HENRY Z. CARBAJAL III
                             Assistant U.S. Attorney

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **June 1, 2012**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

**Stipulation to Continue Initial Appearance;**
**[Proposed] Order Thereon**          2