Victor Sherman, Esq. (SBN: 38483)
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, California 90405

Tel:   (310) 399-3259
Fax:   (310) 392-9029
Email: ssvictor@aol.com

Attorneys for Defendant
PHILLIP JACOB SHINEN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PHILLIP JACOB SHINEN, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: CR 12-00150-DLB <br><br> STIPULATION TO CONTINUE INITIAL APPEARANCE; ORDER THEREON <br><br> Date: July 16, 2012 <br> Time: 1:30 p.m. <br> Dept.: Hon. Dennis L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the initial appearance in this District for defendant PHILLIP JACOB SHINEN, in the above-referenced action now scheduled for July 9, 2012 is continued to July 16, 2012, at 1:30 p.m., before U.S. Magistrate Judge Dennis L. Beck.  This date has been confirmed by the court clerk.

The continuance of the initial appearance is being requested by the parties so that the parties can commence negotiations, the defense can review discovery to facilitate those negotiations, to address scheduling conflicts of defense counsel, and to afford the defendant time to arrange for travel from his home in southern California.

1 | The parties agree that the time between the date of this stipulation and the
2 | new status conference date of July 16, 2012, shall be excluded in the interests of
3 | justice, including but not limited to, the need for the period of time set forth herein
4 | for effective defense preparation and continuity of counsel pursuant to 18 U.S.C.
5 | §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

DATED: July 2, 2012

Respectfully submitted,

SHERMAN & SHERMAN
A Professional Law Corporation

By: /s/ Victor Sherman
VICTOR SHERMAN
Attorney for Defendant
Phillip Jacob Shinen

DATED: July 2, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant U.S. Attorney

## ORDER

Pursuant to the parties' Stipulation, time is excluded pursuant to 18 U.S.C. §§ 316(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 3, 2012**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE