1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for the
   United States of America
7

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00150 AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| PHILLIP JACOB SHINEN, | DATE: January 21, 2014<br>TIME: 1:30 p.m. |
| Defendant, | JUDGE: Hon. Anthony W. Ishii |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 18, 2013 at 1:30 p.m.

2. By this stipulation, the parties now move to continue the sentencing hearing to **January 21, 2013 at 1:30 p.m.** before Senior District Judge Anthony W. Ishii.

3. The continuance of the sentencing hearing is being requested by the Government, as the undersigned Assistant United States Attorney will be out of the office from November 11, 2013 through November 22, 2013. The undersigned Assistant United States Attorney has spoken to

1

defense counsel and he has no objection to continuing the sentencing hearing. Defense counsel's earliest available date after November 18, 2013 that also comports with the Court's calendar, is January 21, 2014 at 1:30 p.m.

IT IS SO STIPULATED.

DATED: November 6, 2013

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: November 6, 2013

/s/Victor Sherman
VICTOR SHERMAN
Counsel for Defendant
PHILLIP JACOB SHINEN

**O R D E R**

IT IS SO ORDERED.

Dated: November 6, 2013

_____
SENIOR DISTRICT JUDGE

2